SEALED



| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>KATHLEEN A. SERVATIUS |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099<br>Attorneys for Plaintiff |
| 6 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00230 EPG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DETENTION HEARING |
| v. | |
| JOHN DOE,<br>AKA, "MARCO CASTRO," | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Kevin Little, attorney for the defendant, that the detention hearing set for December 29, 2017 at 2:00 pm before the Honorable Erica P. Grosjean be continued to Tuesday, January 2, 2018 at 2:00 p.m. The reason for the request is because undersigned counsel will be out of town and defense counsel can use additional time to gather information for the hearing.

///
///
///
///
///
///
///
///

Stipulation

1

1  The parties agree that pursuant to Title 18, United States Code, Section 3142(f), January 2, 2018 is
2  within the 5 day time period for which defense, and request the Court make such a finding.

Dated: December 28, 2017              Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                                By    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant U.S. Attorney

Dated: December 28, 2017              /s/ Kevin Little
                                      KEVIN LITTLE
                                      Attorney for Defendant

IT IS SO ORDERED.

Dated: 12/28/17
                                      Honorable ERICA P. GROSJEAN
                                      United States Magistrate Court Judge

Stipulation                           2