|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:18-CR-00002-LJO-SKO |
|   | ) |   |
| Plaintiff, | ) | **ORDER RE: EX PARTE APPLICATION OF DEFENDANT JOHN DOE, aka MARCOS CASTRO FOR AN EXTENSION OF TIME TO FILE MOTION REQUESTING DUAL REPRESENTATION** |
|   | ) |   |
| vs. | ) |   |
|   | ) |   |
| ISRAEL ALBERTO RIVAS GOMEZ:<br>JOHN DOE aka "Marcos Castro," | ) |   |
|   | ) |   |
| Defendants. | ) |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

This matter is before the Court on the *ex parte* application of defendant John Doe, aka Marcos Castro for an extension of time to file his intended motion seeking dual representation. The current deadline is June 10, 2019. Defendant requests to and until June 24, 2019 to file this motion.

Good cause appearing, the Court grants the defendant's application. Any motion by the defendant seeking dual representation shall be filed on or before June 24, 2019. Any hearing on this motion will be heard on July 8, 2019 at 10:30am.

IT IS SO ORDERED.

Dated: **June 10, 2019**             /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE