1   Kevin G. Little, SBN 149818
    **LAW OFFICE OF KEVIN G. LITTLE**
2   Post Office Box 8656
    Fresno, California 93747
3   Telephone: (559) 342-5800
    Facsimile: (559) 242-2400
4   E-Mail:  kevin@kevinglittle.com

5   Attorneys for Defendant John Doe, aka Marcos Castro

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11   UNITED STATES OF AMERICA,        )   Case №: 1:18-CR-00002-NONE-SKO
                                      )
12            Plaintiff,              )   **STIPULATION TO EXTEND TIME FOR**
                                      )   **FILING REPLIES AND ORDER**
13        vs.                         )
                                      )
14   ISRAEL ALBERTO RIVAS GOMEZ:      )
     JOHN DOE aka "Marcos Castro,"    )
15                                    )
              Defendants.             )
16                                    )
                                      )
17   _____  )

18         Defendant Macros Castro by and through his Attorney Kevin G. Little, and the

19   United States of America, by and through McGREGOR W. SCOTT, United States

20   Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, hereby

21   stipulate to extend the time for Defendant to file replies to the Government's oppositions.

22         The parties have agreed to extend the time for filing of defendant's replies from

23   July 27, 2020 until August 3, 2020.

24   Dated: July 25, 2020                    */s/ Kevin G. Little*_____
                                             KEVIN LITTLE
25                                           Attorney for Defendant
                                             Marcos Castro
26

27

28

1

Dated: July 25, 2020

/s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney

2

3

4

**ORDER**

5

6

IT IS SO ORDERED.

7

Dated:   **July 27, 2020**

_Dale A. Drozd_

8

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28