Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail:  kevin@kevinlittle.com

Attorneys for Defendant John Doe, aka Marcos Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                   )<br>                   Plaintiff,            )<br>                                                   )<br>         vs.                                      )<br>                                                   )<br>ISRAEL ALBERTO RIVAS GOMEZ: )<br>JOHN DOE aka "Marcos Castro,"  )<br>                                                   )<br>                   Defendants.       )<br>                                                   )<br>_____) | Case №: 1:18-CR-00002-NONE-SKO<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

Pursuant to Local Rule 141(b) and based upon the representation contained in the defendant John Doe a\ka Marcos Castro's Request to Seal, IT IS HEREBY ORDERED that the following documents shall be SEALED until further order of this Court:

DEFENDANT'S REQUEST TO FILE PLEADINGS UNDER SEAL; SUPPORTING DECLARATION

DEFENDANT'S REPLY BRIEF IN  SUPPORT OF MOTIONS SEEKING: (1) SUPPRESSION OF INTERROGATION STATEMENTS AND RELATED EVIDENCE; (2) A FRANKS HEARING RE: THE ARREST WARRANT; (3) A SEPARATE TRIAL; (4) AN INTRADISTRICT TRANSFER; (5) AN ORDER COMPELLING DISCOVERY; (6) AN ORDER FOR FOREIGN DEPOSITIONS; (7) LEAVE TO FILE ADDITIONAL MOTIONS; AND (8) CONTINUANCE OF MOTION IN LIMINE AND TRIAL DATES; SUPPORTING DECLARATION OF COUNSEL; SUPPORTING EXHIBITS

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the moving defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon,* 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing these three pleadings serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. The Court further finds that there are no additional alternatives to sealing the defendant's three pleadings that would adequately protect the compelling interests identified by the defendant in his request.

IT IS SO ORDERED.

Dated: __**August 4, 2020**__          _____
                                        UNITED STATES DISTRICT JUDGE