PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE, AKA "MARCOS CASTRO,<br><br>　　　　　　　Defendant. | CASE NO. 1:18-CR-00002 NONE SKO<br><br>STIPULATION REGARDING BRIEFING SCHEDULE; ORDER<br><br>DATE: December 1, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　On November 3, 2021, the court denied defendant's motion to compel discovery without prejudice. Defendant advised he intends to file a motion setting forth legal authority for his discovery request of impeachment information with respect to government officers whose declaration were filed in support of a motion to suppress which was denied without an evidentiary hearing.

　　2.　　The parties have agreed to the following briefing schedule and hearing date:

　　　　Defendant's Motion will be filed on or before November 11, 2021;

　　　　Government's Response will be filed on or before November 19, 2021;

　　　　Defendant's Reply, if any, will be filed on or before November 24, 2021; and

　　　　Hearing on Defendant's motion will be held on December 1, 2021 at 1:00pm.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1  IT IS SO STIPULATED.

Dated: November 4, 2021            PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   /s/ MELANIE L. ALSWORTH
                                   MELANIE L. ALSWORTH
                                   Assistant United States Attorney

Dated: November 4, 2021            /s/ KEVIN LITTLE
                                   KEVIN LITTLE
                                   Counsel for Defendant
                                   JOHN DOE, aka "Marcos castro

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED: 11/5/2021                   /s/ Sheila K. Oberto
                                   THE HONORABLE SHEILA K. OBERTO
                                   UNITED STATES MAGISTRATE JUDGE