Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail:  kevin@kevinlittle.com

Attorneys for Defendant John Doe, aka Marcos Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 1:18-CR-00002-NONE-SKO |
| ) | |
| Plaintiff, ) | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| ) | |
| vs. ) | |
| ) | |
| ISRAEL ALBERTO RIVAS GOMEZ: ) JOHN DOE aka "Marcos Castro," ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the defendant John Doe aka Marcos Castro's Request to Seal, IT IS HEREBY ORDERED that the following document shall be SEALED until further order of this Court: DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTIONS IN LIMINE; SUPPORTING DECLARATION OF COUNSEL

It is further ordered that access to the sealed documents shall be limited to all counsel of record, who also shall be served with unredacted copies of the documents being ordered sealed.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon,* 920 F.2d 1462 (9th Cir. 1990). The Court finds

that, for the reasons stated in the defendant's request, sealing these three pleadings serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. The Court further finds that there are no additional alternatives to sealing the defendant's three pleadings that would adequately protect the compelling interests identified by the defendant in his request.

IT IS SO ORDERED.

Dated:   **December 7, 2021**   _____
UNITED STATES DISTRICT JUDGE