1  Kevin G. Little, SBN 149818
   **LAW OFFICE OF KEVIN G. LITTLE**
2  Post Office Box 8656
   Fresno, California 93747
3  Telephone: (559) 342-5800
   Facsimile: (559) 242-2400
4  E-Mail: kevin@kevinlittle.com

5  Attorneys for Defendant John Doe, aka Marcos Castro

                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:18-CR-00002-NONE-SKO |
|---|---|---|
| Plaintiff, | ) | **ORDER DENYING WITHOUT PREJUDICE REQUEST TO SEAL DOCUMENTS** |
| vs. | ) | **(Doc. 409)** |
| ISRAEL ALBERTO RIVAS GOMEZ: JOHN DOE aka "Marcos Castro," | ) | |
| Defendants. | ) | |

The Court has considered the request of Mr. Castro to seal his motions in limine numbers 24-33. (Doc. 409) Counsel has provided unredacted copies of the motions to allow the Court to consider the request. Mr. Castro has not pointed the Court to any analysis justifying an order sealing these motions.[1]

Upon this background and in an abundance of caution, the Court reviewed the motions to determine whether the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon,* 920 F.2d 1462 (9th Cir. 1990), require sealing. After doing so, it finds no basis to seal any of the motions except motion 29.  the Court

---

[1] Likewise, he has not identified any particular portion of the motions he believes should be sealed so, the Court presumes he believes the entirety of the motions should be protected from public view.

-1-
ORDER GRANTING REQUEST TO SEAL DOCUMENTS

finds that, for the reasons stated in the defendant's request, sealing serves a compelling interest and there are no additional alternatives to sealing that would adequately protect the compelling interests identified by the defendant in his request.

As to the exhibits, the Court declines to go through them page-by-page—more than 900 pages—to attempt to guess at the portions of these pages that Mr. Castro thinks should be sealed. Rather, if he believes they should be sealed, he must demonstrate why and must demonstrate there are no alternates to sealing, namely redacting specific material.  Thus, the Court **ORDERS**:

1. The request to seal in **GRANTED in PART.** Motion in limine number 29 may be filed under seal.  The request is **DENIED without prejudice** as to the exhibits.

IT IS SO ORDERED.

Dated:   **May 13, 2022**                                              _____
                                                                        UNITED STATES DISTRICT JUDGE