PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   | CASE NO. 1:18-CR-00002-JLT |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARCOS CASTRO, | DATE: December 16, 2022 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 16, 2022.

2. By this stipulation, defendant now moves to continue the status conference until February 13, 2023, and to exclude time between December 16, 2022, and February 13, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Earlier this year, after a months-long trial, a jury was unable to reach a verdict as to defendant Castro and the Court declared a mistrial and scheduled a status conference for October 14, 2022. The United States intends to retry defendant Castro.

    b) The discovery associated with this case includes tens of thousands of pages of

reports, photographs, recordings, affidavits, Facebook warrants, wiretap documents, cell phone extractions, and other media. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

  c) Counsel for defendant desires additional time to continue to review this discovery, investigate and prepare for a retrial in this case.  In addition, counsel for the defendant needs additional time to obtain transcripts from the first trial in this case, review the transcripts, and conduct additional investigation arising out of issues that arose during the first trial.  The parties have also engaged in preliminary in plea negotiations, and counsel for the defendant needs time to discuss these negotiations with his client and investigate possible immigration consequences. Since the last continuance in this matter, the parties have continued to engage in plea negotiations and counsel for the defendant needs additional time to research and investigate issues related to a potential plea, including immigration consequences.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 16, 2022 to February 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  h) In addition, given the length of the trial, the extensive discovery, and the various complex issues raised in this case, this case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

established by this section.  As such, the period of time of October 14, 2022, to December 16, 2022, should also be excluded under 18 U.S.C. § 3161(h)(7)(B)(ii) [Local Code T2].

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 14, 2022  

PHILLIP A. TALBERT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated:  December 14, 2022

/s/ KEVIN LITTLE
KEVIN LITTLE
Counsel for Defendant
MARCOS CASTRO
(Authorized by email on December 14, 2022)

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **December 15, 2022**

UNITED STATES DISTRICT JUDGE