MICHELE BECKWITH
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| MARCOS CASTRO, | DATE: January 27, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, and Ross Pearson, Assistant U.S. Attorney, and the undersigned attorney for defendant Marcos Castro that the sentencing hearing set for January 27, 2025, at 10:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be vacated and a status conference regarding sentencing be set for to March 17, 2025, at 10:00 a.m.

The parties acknowledge that this Court previously indicated that no further continuances would be granted. However, for the reasons stated in the sealed supplement to this stipulation, the parties believe that this case is not yet ripe for sentencing, and that proceeding with sentencing would be detrimental to the interests of both parties. In addition, defense counsel also has trial conflicts that impact the current presentence filing deadlines and sentencing date, and, given the passage of time between now and the issuance date of the draft Presentence Investigation Report, the United States

Probation Office might also prefer to amend/update it prior to sentencing.

As such, the parties believe that setting a status conference on March 17, 2025 would be appropriate, and that by that date the parties will be prepared to set a firm sentencing date.

IT IS SO STIPULATED.

Dated: January 15, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: January 15, 2025

/s/ KEVIN LITTLE
KEVIN LITTLE
Counsel for Defendant
MARCOS CASTRO
(Authorized by email on January 15, 2025)

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **January 16, 2025**

UNITED STATES DISTRICT JUDGE